William E. von Behren, State Bar No. 106642
bvonbehren@vbhlaw.com
Joann V. Lee, State Bar No. 251653
jlee@vbhlaw.com
VON BEHREN & HUNTER LLP
2041 Rosecrans Avenue, Suite 367
El Segundo, CA 90245
Telephone: (310) 607-9111
Facsimile: (310) 615-3006

Attorneys for Plaintiff
OHIO NATIONAL LIFE ASSURANCE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION,<br><br>Plaintiff,<br>vs.<br><br>MICHAEL AYERS, STEVEN AYERS, DANIELLE Y. JENNINGS, individually, AND DANIELLE Y. JENNINGS AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL JENNINGS,<br><br>Defendants. | Case No. 2:13-CV-01925-JAM-DAD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER**<br><br>First Amended Complaint served: November 18, 2013<br><br>Current response date: December 9, 2013<br><br>New response date: February 11, 2014 |

This stipulation is made by and between Plaintiff OHIO NATIONAL LIFE ASSURANCE CORPORATION ("Plaintiff") and Defendants DANIELLE Y. JENNINGS, individually, and DANIELLE Y. JENNINGS as the personal representative of the Estate of Michael Jennings (hereinafter referred to as "Defendants"), and is based upon the following facts:

1. Plaintiff's service of the Summons and First Amended Complaint ("FAC") upon Defendants was completed by way of Notice and Acknowledgment of Receipt on November 18, 2013.

2. A responsive pleading to the FAC on behalf of Defendants was due to be filed and served on behalf of Defendants by December 9, 2013;

3.     Good cause exists for a 60 day extension for Defendants to respond to the FAC, because the FAC names as defendants Danielle Jennings individually and Danielle Jennings as the personal representative of the Estate of Michael Jennings.  For purposes of this action, Stewart, Humpherys, Molin & Griffith, LLP represents Danielle Jennings in both capacities.  Ms. Jennings' probate attorney filed the appropriate probate documents with the Court on November 19, 2013, and the Court scheduled a hearing for January 23, 2014.  The probate case number in Sacramento County Superior Court is 2013-00153656.  In the Petition for Probate, Danielle Jennings is seeking appointment as personal representative of the Estate of Michael Jennings.  Grant of the extension to file a responsive pleading will enable Ms. Jennings's counsel to respond to the FAC for Ms. Jennings, individually and as personal representative of the Estate of Michael Jennings.  In addition, counsel for Danielle Jennings is moving offices, making it difficult to meet the December 9, 2013 deadline for filing the responsive pleading.

4.     IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, by and through their respective attorneys of record, that Defendants may have an additional 60 days within which to file a responsive pleading to Plaintiff's FAC.  Therefore, the last day for Defendants to file a responsive pleading to Plaintiff's FAC is February 11, 2014.

IT IS SO STIPULATED.

Dated:  December 12, 2013         William E. von Behren
                                  Joann V. Lee
                                  VON BEHREN & HUNTER LLP


                                  By:    /s/ Joann V. Lee
                                         Joann V. Lee
                                         Attorneys for Plaintiff
                                         OHIO NATIONAL LIFE
                                         ASSURANCE CORPORATION

Dated:  December 12, 2013       David R. Griffith, Esq.
                                Stewart, Humpherys, Molin & Griffith, LLP


                                By:    /s/ David R. Griffith
                                    David R. Griffith, Esq.
                                    Attorneys for Defendants
                                    DANIELLE Y. JENNINGS and
                                    DANIELLE Y. JENNINGS AS THE
                                    PERSONAL REPRESENTATIVE OF
                                    THE ESTATE OF MICHAEL
                                    JENNINGS


## **ORDER**

Based on the foregoing Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that Defendants DANIELLE Y. JENNINGS, individually, and DANIELLE Y. JENNINGS as the personal representative of the Estate of Michael Jennings, shall file a responsive pleading to Plaintiff's First Amended Complaint on or before February 11, 2014.

IT IS SO ORDERED.


Dated:  12/12/2013              /s/ John A. Mendez
                                Hon. John A. Mendez
                                United States District Court Judge