1  William E. von Behren, State Bar No. 106642
   bvonbehren@vbhlaw.com
2  Joann V. Lee, State Bar No. 251653
   jlee@vbhlaw.com
3  VON BEHREN & HUNTER LLP
   2041 Rosecrans Avenue, Suite 367
4  El Segundo, CA 90245
   Telephone: (310) 607-9111
5  Facsimile: (310) 615-3006

6  Attorneys for Plaintiff
   OHIO NATIONAL LIFE ASSURANCE
7  CORPORATION



FILED

FEB 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
             DEPUTY CLERK

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  OHIO NATIONAL LIFE ASSURANCE CORPORATION, | Case No. 2:13-CV-01925-JAM-DAD |
| 12              Plaintiff, | **ORDER RE DISCHARGE AND DISMISSAL OF PLAINTIFF OHIO NATIONAL LIFE ASSURANCE CORPORATION** |
| 13       vs. | |
| 14  MICHAEL AYERS, STEVEN AYERS, DANIELLE Y. JENNINGS, individually, AND DANIELLE Y. JENNINGS AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL JENNINGS, | |
| 17              Defendants. | |

18

19       Based upon the parties' Stipulation Re Discharge and Dismissal of Plaintiff Ohio

20  National Life Assurance Corporation ("Stipulation"), and good cause appearing:

21       IT IS HEREBY ORDERED that the First Amended Complaint in Interpleader was

22  properly brought by Plaintiff Ohio National Life Assurance Corporation ("Ohio National"),

23  and the sum specified in the Stipulation, to wit: $1,014,390.19, previously deposited into

24  the registry of this Court, represents the aggregate death benefit proceeds and interest

25  payable under the subject Renewable Term Life Insurance Policy, policy number 6783471

26  (the "Policy") as a result of the death of Michael Jennings (the "insured").

27       IT IS FURTHER ORDERED that the funds on deposit with this Court may be

28  disbursed by this Court to the proper party or parties as declared by this Court.

IT IS FURTHER ORDERED that Ohio National and its owners, shareholders, partners, officers, directors, employees, agents, general agents, legal representatives, predecessors, successors, assignees, parent corporations, subsidiaries, affiliates, attorneys, re-insurers, and insurers are discharged from any and all further liability to each and every Defendant in this action, and any other persons or entities whether claiming by, through, or under any said Defendants, in any way arising out of or in any way connected with the Policy, the proceeds payable under the Policy, this interpleader action.

IT IS FURTHER ORDERED that Ohio National is hereby dismissed with prejudice from this action and that the action shall proceed between the Defendants as to their respective entitlements to the proceeds on deposit with this Court.

IT IS FURTHER ORDERED that Ohio National bear its own fees and costs in this action.

IT IS FURTHER ORDERED that of the One Million Fourteen Thousand Three Hundred Ninety Dollars and Nineteen Cents ($1,014,390.19) on deposit with the Court, the Clerk shall disburse Two Hundred and Fifty Thousand Dollars ($250,000.00) to Steven Ayers, payable to "Steven Ayers", and Two Hundred and Fifty Thousand Dollars ($250,000.00) to Michael Ayers, payable to Michael Ayers, immediately and mail both checks to 3425 Brookside Road, Suite A, Stockton, California 95219, Attn: Matthew J. Weber. The balance of monies in deposit shall remain in deposit with the Court in an interest bearing account until further court order.

IT IS SO ORDERED.

Dated: February 28, 2013

Hon. John A. Mendez
United States District Court Judge