DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
KATHARINE E. BUDDINGH (Bar No. 288591)
3425 Brookside Road, Suite A
Stockton, CA 95219-1757
Telephone: (209) 473-6450
Facsimile: (209) 473-6455
mweber@downeybrand.com
kbuddingh@downeybrand.com

Attorneys for Cross-Defendants
MICHAEL AYERS, STEVEN AYERS,
and ARMOUR STEEL COMPANY, INC.

DAVID R. GRIFFITH
STEWART HYMPHERYS
MOLIN & GRIFFITH, LLP
1560 Humboldt Road, Suite 1
Chico, CA 95928
Telephone: (530) 891-6111
Facsimile: 530) 894-2103
dgriffith@chicolaw.com

Attorneys for Defendants and Cross-Claimants
DANIELLE Y. JENNINGS AS THE PERSONAL
REPRESENTATIVE OF THE ESTATE OF
MICHAEL JENNINGS

FILED
JUN 0 2 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL AYERS, STEVEN AYERS, AND DANIELLE Y. JENNINGS, individually, AND DANIELLE Y. JENNINGS AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL JENNINGS,<br><br>Defendants. | Case No. 2:13-CV-01925-JAM-DAD<br><br>[PROPOSED] ORDER FOR DISMISSAL AND RELEASE OF INTERPLEAD FUNDS |

///

1373297.1

1

ORDER FOR DISMISSAL AND RELEASE OF FUNDS

| | |
|---|---|
| 1 | DANIELLE Y. JENNINGS, individually, AND DANIELLE Y. JENNINGS, as the Personal Representative of the Estate of Michael Jennings, |
| 2 | |
| 3 | |
| 4 | Cross-Claimants, |
| 5 | v. |
| 6 | MICHAEL AYERS, STEVEN AYERS, AND ARMOUR STEEL COMPANY, INC., |
| 7 | |
| 8 | Cross-Defendants. |

Based upon the Parties' Stipulation and Good cause appearing:

IT IS HEREBY ORDERED that the First Amended Complaint of Ohio National Life Assurance Corporation and the Cross-Claim of Danielle Jennings, individually and as the Personal Representative of the Estate of Michael Jennings filed in Case No. 2:13-CV-01925-JAM-DAD are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that Clerk is hereby directed to disburse the remaining Five Hundred Fourteen Thousand Three Hundred Ninety Dollars and Nineteen Cents ($514,390.19), plus any interest accrued thereon, on deposit with the Court, equally to Steven Ayers and Michael Ayers, immediately and mail the checks to 3425 Brookside Road, Suite A, Stockton, California 95219, Attn: Matthew J. Weber.

IT IS SO ORDERED

Dated: June 2, 2014

Hon. John A. Mendez
United States District Court Judge

DOWNEY BRAND LLP

1373297.1

2

ORDER FOR DISMISSAL AND RELEASE OF FUNDS